# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-01996-RGK-KK | Date | November 4, 2019 |
|---|---|---|---|

| Title | *Rafael Arroyo, Jr. v. Thrifty Payless, Inc. et al* |
|---|---|

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT COURT JUDGE |
|---|---|

| Sharon Williams (not present) | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     **ORDER DISMISSING ACTION FOR FAILURE TO RESPOND TO OSC**

On October 23, 2019, the Court issued an Order to Show Cause ordering Plaintiff to provide certain information regarding damages sought and whether Plaintiff or Counsel satisfy the definition of a "high-frequency litigant." In its order, the Court warned that failure to timely or adequately respond to the OSC may, without further warning, result in the dismissal or the entire action without prejudice or result in the dismissal of Plaintiff's Unruh Act claim. The Court ordered Plaintiff to respond in writing no later than October 30, 2019.

On October 30, 2019, Plaintiff filed a response to the Court's OSC. However, the Court ordered that the response be stricken for failure to comply with this Court's Local Rules. Plaintiff was given until 5:00 p.m. on October 31, 2019 to re-file his response. To date, however, Plaintiff has not re-filed his response. Therefore, the Court hereby **dismisses without prejudice**, the action in its entirety.

**IT IS SO ORDERED**.

                                                                              : _____

Initials of Preparer